# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SARAH L. C.,**

      **Plaintiff,**

**v.**

Case No. 2:23-cv-1145
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Karen L. Litkovitz

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Stipulation of Remand to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), which is hereby **GRANTED**.  (ECF No. 9.)  The Court **REMANDS** this case for further proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary, including offering Plaintiff a new hearing, to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

    The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**


**8/25/2023**                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                            **UNITED STATES DISTRICT COURT JUDGE**