# UNITED STATES DISRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SARAH C.,**

    **Plaintiff,**

    v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

Case No. 2:23-cv-1145
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Karen L. Litkovitz

## ORDER

This matter is before the Court on the parties' Joint Motion, entitled Joint Stipulation for an Award of Attorneys' Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 12.) The Court hereby **GRANTS** the parties' Joint Motion and awards Plaintiff EAJA fees of $4,250.00. After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff.

The case remains terminated on the docket of this Court.

    **IT IS SO ORDERED.**

**12/5/2023**　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**